**IN THE UNITED STATES BANKRUPTCY COURT**
FOR THE NORTHERN DISTRICT OF GEORGIA

Chapter 13 Case #: 17-52539-LRC

| | | | |
|---|---|---|---|
| Re: | Mignon Nicole Gresham<br>5171 Winding Glen Drive<br>Lithonia, GA  30038 | Attorney: | CLARK & WASHINGTON, P.C.<br>3300 NORTHEAST EXPRESSWAY<br>BUILDING 3, SUITE A |

**JOINT F.R.B.P 2012 ACCOUNTING**

Adam M. Goodman, former Trustee for the period from the petition date through 10/1/2017 and Melissa J. Davey, successor Trustee, for the above case, submit the following accounting of the administration of the estate pursuant to 11 USC 1302(b)(1) and pursuant to F.R.B.P. 2012.

**Receipts: $2,070.00**

Amount paid to the Trustee by or for the Debtor for the benefit of creditors.

**CLAIMS AND DISTRIBUTIONS**

| PAYEE NAME | TYPE | CLAIM AMOUNT | PRIN PAID | INT PAID | INT DUE | INT RATE | TOTAL PAID | % TO U/S | BAL OWED* |
|---|---|---|---|---|---|---|---|---|---|
| CLARK & WASHINGTON, P.C. | Administrative | $4,250.00 | $1,562.28 | $0.00 | $0.00 | 0.00 | $1,562.28 | 100.00 | $2,687.72 |
| Georgia Department of Revenue | Priority | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 100.00 | $0.00 |
| IRS | Priority | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 100.00 | $0.00 |
| EMBRACE HOME LOANS, INC | Secured | $2,107.43 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 100.00 | $2,107.43 |
| AVANT CREDIT, INC. | Unsecured | $8,736.99 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| Bank of America | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| PORTFOLIO RECOVERY ASSOCIATES L | Unsecured | $2,009.22 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| Cardworks/CW Nexus | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| Dekalb Medical Center | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| Fst Premier | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| Capital One, N.A. | Unsecured | $1,649.18 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| Lending Club Corp | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| Loancare Inc | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| CAVALRY SPV l, LLC | Unsecured | $4,724.22 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| MIDLAND FUNDING, LLC | Unsecured | $4,540.34 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| MIDLAND FUNDING, LLC | Unsecured | $997.59 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| MIDLAND FUNDING, LLC | Unsecured | $3,963.19 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| UNITED CONSUMER FINANCIAL SERV | Unsecured | $2,515.61 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| WELLS FARGO BANK NA | Unsecured | $4,395.87 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| WELLS FARGO BANK NA | Unsecured | $4,180.98 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| MERRICK BANK | Unsecured | $1,048.13 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| Unifund Ccr Llc | Unsecured | $3,969.70 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| LVNV FUNDING, LLC ITS SUCCESSORS | Unsecured | $1,850.17 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| U.S. DEPARTMENT OF EDUCATION | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| Mignon Nicole Gresham | Refund To Debtor | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| ADAM GOODMAN, TRUSTEE | Trustee Fee | | | | | | $124.20 | | |

**WHEREFORE**, Adam M. Goodman, resigning Trustee, respectfully shows the Court that the estate has been properly administered through the date reflected below in accordance with the requirements of the Bankruptcy Code and Rules, and the estate is ready to be transferred to Melissa J. Davey, successor Trustee.

Dated: 10/6/2017

/s/ Adam M. Goodman

Adam M. Goodman, Chapter 13 Trustee
GA Bar No. 300887

Melissa J. Davey, successor Trustee, hereby files this report as the accounting for the estate in compliance with FRBP 2012.

Dated: 10/6/2017

/s/ Melissa J. Davey

Melissa J. Davey, Chapter 13 Trustee
GA Bar No. 206310

260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
Ph. 678-510-1444
FAX 678-510-1450