**IT IS ORDERED as set forth below:**

**Date: May 30, 2018**



_____
**Lisa Ritchey Craig
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| MIGNON NICOLE GRESHAM, | ) | CASE NO. 17-52539-LRC |
| | ) | |
| DEBTOR. | ) | |

**ORDER APPROVING LOAN MODIFICATION**

On April 6, 2018, Debtor filed a *Motion to Approve Loan Modification* with Embrace Home Loans ("Lender") on Debtor's mortgage loan for real property located at 5171 Winding Glen Drive, Lithonia, Georgia 30038 (the "Property") (the "Motion") (Doc. No. 42). The modified principal balance will be $122,807.35; an interest rate of 4.250% with monthly payments of approximately $991.29 and a maturity date of 360 months (the "Terms"). Debtor contends that the hearing was properly noticed for May 8, 2018, at which

time no party appeared in opposition; accordingly, it is hereby

**ORDERED** that Debtor's Motion is **GRANTED**: the Loan Modification between Debtor and Lender is approved; Debtor may enter into the Loan Modification pursuant to the above Terms.

**[End of Document]**

Presented by:
_____/s/_____
Sharon Fowler
Georgia Bar # 737102
CLARK & WASHINGTON, LLC
3300 Northeast Expressway
Building 3, Suite A
Atlanta, GA 30341
(404) 522-2222
*sfowler@cw13.com*

No Opposition by:
_____/s/_____
Mandy K. Campbell
Georgia Bar # 142676
Staff Attorney for Chapter 13 Trustee
Suite 200
260 Peachtree Street, NW
Atlanta, GA 30303

**DISTRIBUTION LIST**

CLARK & WASHINGTON, LLC
3300 Northeast Expressway
Building 3, Suite A
Atlanta, GA 30341

Melissa J. Davey
Chapter 13 Trustee
Suite 200
260 Peachtree Street, NW
Atlanta, GA 30303

Mignon Nicole Gresham
5171 Winding Glen Drive
Lithonia, GA 30038

Embrace Home Loans, Inc.
RoundPoint Mortgage Servicing Corp
5016 Parkway Plaza Blvd. Suite 200
Charlotte, NC 28217-1930