**IT IS ORDERED as set forth below:**

Date: May 30, 2018

_____
Lisa Ritchey Craig
U.S. Bankruptcy Court Judge

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| MIGNON NICOLE GRESHAM, | ) | CASE NO. 17-52539-LRC |
| | ) | |
| DEBTOR. | ) | |

**ORDER APPROVING LOAN MODIFICATION**

On April 6, 2018, Debtor filed a *Motion to Approve Loan Modification* with Embrace Home Loans ("Lender") on Debtor's mortgage loan for real property located at 5171 Winding Glen Drive, Lithonia, Georgia 30038 (the "Property") (the "Motion") (Doc. No. 42). The modified principal balance will be $122,807.35; an interest rate of 4.250% with monthly payments of approximately $991.29 and a maturity date of 360 months (the "Terms"). Debtor contends that the hearing was properly noticed for May 8, 2018, at which

time no party appeared in opposition; accordingly, it is hereby

**ORDERED** that Debtor's Motion is **GRANTED**: the Loan Modification between Debtor and Lender is approved; Debtor may enter into the Loan Modification pursuant to the above Terms.

### [End of Document]

Presented by:
_____/s/_____
Sharon Fowler
Georgia Bar # 737102
CLARK & WASHINGTON, LLC
3300 Northeast Expressway
Building 3, Suite A
Atlanta, GA 30341
(404) 522-2222
*sfowler@cw13.com*

No Opposition by:
_____/s/_____
Mandy K. Campbell
Georgia Bar # 142676
Staff Attorney for Chapter 13 Trustee
Suite 200
260 Peachtree Street, NW
Atlanta, GA 30303

### DISTRIBUTION LIST

CLARK & WASHINGTON, LLC
3300 Northeast Expressway
Building 3, Suite A
Atlanta, GA 30341

Melissa J. Davey
Chapter 13 Trustee
Suite 200
260 Peachtree Street, NW
Atlanta, GA 30303

Mignon Nicole Gresham
5171 Winding Glen Drive
Lithonia, GA 30038

Embrace Home Loans, Inc.
RoundPoint Mortgage Servicing Corp
5016 Parkway Plaza Blvd. Suite 200
Charlotte, NC 28217-1930

United States Bankruptcy Court
Northern District of Georgia

In re:                                                              Case No. 17-52539-lrc
Mignon Nicole Gresham                                               Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 113E-9          User: avilesj          Page 1 of 1          Date Rcvd: May 30, 2018
                              Form ID: pdf638        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2018.
db             +Mignon Nicole Gresham,    5171 Winding Glen Drive,    Lithonia, GA 30038-5313
                Embrace Home Loans, Inc.,    RoundPoint Mortgage Servicing Corp,
                 5016 Parkway Plaza Blvd. Suite 200,    Charlotte, NC 28217-1930

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2018 at the address(es) listed below:
              Brian K. Jordan    on behalf of Creditor    EMBRACE HOME LOANS, INC. ecfganb@aldridgepite.com,
               bjordan@ecf.inforuptcy.com
              Brian K. Jordan    on behalf of Creditor    RoundPoint Mortgage Servicing Corporation
               ecfganb@aldridgepite.com,    bjordan@ecf.inforuptcy.com
              Ciro A. Mestres    on behalf of Creditor    EMBRACE HOME LOANS, INC. ecfganb@aldridgepite.com
              E. L. Clark    on behalf of Debtor Mignon Nicole Gresham ecfnotices@cw13.com,
               cwatlantabk@gmail.com
              Melissa J. Davey    mail@13trusteeatlanta.com,
               cdsummary@13trusteeatlanta.com;cdbackup@13trusteeatlanta.com
              Michele A. De Witt    on behalf of Creditor    EMBRACE HOME LOANS, INC. ecfganb@aldridgepite.com,
               mdewitt@ecf.inforuptcy.com
              Patti H. Bass    on behalf of Creditor    United Consumer Financial Serv ecf@bass-associates.com
              Rachel  Ahlum    on behalf of Creditor    EMBRACE HOME LOANS, INC. rahlum@aldridgepite.com,
               ecfganb@aldridgepite.com
                                                                                             TOTAL: 8